KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MOHAMMAD KHATIB
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii   96850
Telephone:   541-2850
Facsimile:   541-2958
E-mail:   Mohammad.Khatib@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 20-00094 LEK |
|---|---|---|
| Plaintiff, | ) ) ) | UNITED STATES' RESPONSE TO MOTION TO WITHDRAW AS COUNSEL; CERTIFICATE OF SERVICE |
| vs. | ) ) ) | |
| BRANDON CHARLES SAFFEELS, | ) ) | |
| Defendant. | ) ) | |

UNITED STATES' RESPONSE TO
MOTION TO WITHDRAW AS COUNSEL

The United States has reviewed defense counsel's motion and declaration.   The United States does not oppose the motion.

DATED: November 13, 2020, at Honolulu, Hawaii.

    KENJI M. PRICE
    United States Attorney
    District of Hawaii


    By */s/ Mohammad Khatib*
      MOHAMMAD KHATIB
      Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

This is to certify that, on the 13th day of November, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the defendant's attorney of record.

> */s/ Mohammad Khatib*
> MOHAMMAD KHATIB
> Assistant United States Attorney