RICHARD L. HOKE. JR. 2486
111 Hekili Street A509
Kailua, Oahu Hawaii 96734
Telephone: (808) 531-5927
Facsimile (808) 675-5804

Attorney for Defendant
BRANDON CHARLES SAFFEELS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 21-00094 LEK |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) TO PERMIT DEFENDANT TO |
| vs. | ) TRAVEL TO CALIFORNIA; |
| | ) CERTIFICATE OF SERVICE |
| | ) |
| BRANDON CHARLES SAFFEELS, | ) |
| | ) Sentenced: 11/03/2021 |
| Defendant. | ) Time: 11:00 a.m. |
| | ) Honorable LESLIE E. KOBAYASHI |
| | ) |

STIPULATION AND ORDER TO PERMIT DEFENDANT TO TRAVEL
TO CALIFORNA

IT IS HEREBY STIPULATED AND AGREED by the UNITED STATES OF AMERICA and Defendant BRANDON CHARLES SAFFEELS, through their undersigned attorneys, that Defendant be permitted:

(1) To travel to the State of California from December 17, 2021 - January 7, 2022, to visit with his children, whose personal information have been provided to the U.S. Pretrial Services; and

(2) To self-surrender to the facility designated by the Bureau of Prisons directly from the place of visitation on or before Friday, January 7, 2022, at 12:00 p.m. (time is the time of the facility).

1

Defendant shall provide his travel itinerary to U.S. Pretrial Services prior to his departure.

Dated: Honolulu, Hawaii. November 30, 2021

/S/ *Mohammad Khatib*

MOHAMMAD KHATIB, ESQ
Assistant United States Attorney
United States of America

/S/*Richard L. Hoke, Jr.*

Richard L. Hoke Jr
RICHARD L. HOKE, JR.
Attorney for BRANDON SAFFEELS

APPROVED:

ERIK IVERSON
U.S. Pretrial Services Officer
District of Hawaii

APPROVED AND SO ORDERED:



HONORABLE LESLIE K.KOBAY
United States District Judge

/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

Cr. No. 21-00094 LEK USA v. BRANDON CHARLES SAFFEELS, Stipulation and Order to Permit Defendant to Travel to CALIFORNIA; Certificate of Service  Page 2.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 20-00094 LEK |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| BRANDON CHARLES SAFFEELS, | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing on the following individuals by electronic filing:

> MOHAMMAD KHATIB, ESQ.
> Assistant United States Attorney
> United States Attorney's Office
> Room 6100 PJKK Bldg
> 300 Ala Moana Blvd
> Honolulu Hawaii  96850
> Attorney for United States of America
>
> ERIK IVERSON, United States Pretrial Services Officer
> Erik_Iverson@hipt.uscourts.gov

Dated: Honolulu, Hawaii. 11/30/2021

/s/ Richard L. Hoke, Jr.
_____
RICHARD L. HOKE, JR.
Attorney for Defendant
BRANDON CHARLES SAFFEELS

Cr. No. 21-00094 LEK USA v. BRANDON CHARLES SAFFEELS, Stipulation and Order to Permit Defendant to Travel to CALIFORNIA; Certificate of Service  Page 3.