# MINUTE ORDER

CASE NUMBER:     CRIMINAL NO. 20-00094 LEK

CASE NAME:       USA vs. Brandon Charles Saffeels

JUDGE:   Leslie E. Kobayashi        DATE:      12/08/2021

COURT ACTION:   EO: COURT ORDER: ORDER DIRECTING SERVICE OF SENTENCE.

Defendant is hereby ordered to commence service of his sentence immediately.

Submitted by: Agalelei Elkington, Courtroom Manager